# EXHIBIT A

| Case | 22CV01827 | Caption | GRAHAM vs. UNITED PARCEL SERVICE INC |
|---|---|---|---|
| Chapter | 60 | Nature | INTENTIONAL TORT |
| Status | PENDING | Judge | DAVID W HAUBER |
| Division | 7 | | |

| Search | Case History (ROA) | Plaintiff/Defendant | Court Events | Other Cases | Documents |

Sort By Ascending Order    Sort by Descending Order    Print Friendly    E-File On Case

| Date | Description | Doc |
|---|---|---|
| 06/01/2022 | FILE STAMP 06/01/22, AFFIDAVIT OF SERVICE | DOC(3) |
| 04/15/2022 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "UNITED PARCEL SERVICE INC" E/S | |
| 04/15/2022 | FILE STAMP 04/15/22 09:41am, REQUEST AND SERVICE INSTRUCTION FORM | DOC(2) |
| 04/15/2022 | FILE STAMP 04/15/22, PETITION FOR DAMAGES PURSUANT TO K.S.A. CHAPTER 60 | DOC(1) |
| 04/15/2022 | JUDGE DAVID W HAUBER ASSIGNED TO CASE | |
| 04/15/2022 | NEW CASE E-FILED; GRAHAM VS UNITED PARCEL SERVICE INC; FILING FEE $196.50; PAID BY KUHL, ALBERT F, RECEIPTED AMOUNT $196.50, E-PAYMENT NO: 102629468 | |

22CV01827
Div7

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

JERRY GRAHAM,

        Plaintiff,

vs.

UNITED PARCEL SERVICE, INC.,
an Ohio corporation,

        Defendant.

Case No. _____
Court No. _____
K.S.A. Chapter 60

**PETITION FOR DAMAGES**
**PURSUANT TO K.S.A. CHAPTER 60**

COMES NOW plaintiff Jerry Graham ("plaintiff"), for his Petition against defendant United Parcel Service, Inc. ("UPS"), an Ohio corporation, and hereby states as follows:

1. Plaintiff is an individual and resident of the state of Missouri.

2. Defendant UPS is an Ohio corporation, with a physical business presence in this county, and may be served by service upon its Registered Agent in the state of Kansas, Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka, Kansas 66614.

3. Venue and jurisdiction are properly placed inasmuch as all transactions relevant to plaintiff's claims occurred in Kansas and within this judicial district.

1

*Clerk of the District Court, Johnson County Kansas*
*04/15/22  09:41am HNS*

## FACTUAL BACKGROUND

4. Plaintiff incorporates each of the foregoing allegations, and further states as follows.

5. Plaintiff has served as "Feeder Driver" employee of defendant, meaning he operated over the road tractor-trailer vehicles on behalf of defendant.

6. Plaintiff was hired on April 21, 1977.

7. Plaintiff was a senior Feeder Driver for Defendant UPS and was primarily compensated based upon the amount of miles plaintiff drove on a daily basis.

8. Inclusive of the hours he drove, plaintiff was entitled to compensation for a break period during each shift.

9. The compensation for the break period was denied to plaintiff by defendant UPS, while similarly situated younger Feeder Drivers were compensated by defendant for their break during each shift.

10. Plaintiff was never notified, informed, or given any indication by defendant as to a legitimate reason for such denial of compensation.

11. The actions of defendant UPS, as described above, have not been remedied or explained by defendant UPS.

## COUNT I: DISCRIMINATION IN VIOLATION
## OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT

12. Plaintiff incorporates all of the foregoing allegations, and further states as follows.

13. Plaintiff is 67 years old.

14. Plaintiff served defendant UPS as a senior Feeder Driver for 43 years, until his retirement in April 2020.

15. Plaintiff successfully performed his duties at a satisfactory level throughout the duration of his active employment with defendant at UPS.

16. Plaintiff was compensated by defendant UPS based upon the amount of miles driven on a daily basis as a senior Feeder Driver for defendant UPS.

17. Plaintiff was denied compensation by defendant UPS for his break period during each shift.

18. Defendant UPS compensated younger, similarly situated Feeder Drivers for their break period during each of their shifts.

19. Plaintiff made defendant UPS aware of its wrongful practices in connection with plaintiff's compensation, without result.

20. As a result of the foregoing, plaintiff was the victim of unlawful age discrimination by defendant UPS and has been damaged in an amount exceeding $75,000.00 as a direct result.

21. The actions of defendant UPS as set forth in the preceding paragraphs were unlawful violations of plaintiff's rights to be free of age discrimination as provided for by the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. 621 et seq.

22. Plaintiff is entitled to an award of his actual damages, together with an award of liquidated damages due to the willful nature of defendant's unlawful actions, and is further entitled to an award of front pay, all of which damages are in excess of $75,000.00, together with his reasonable attorney's fees and expenses, and prejudgment interest arising from defendant's unlawful actions.

WHEREFORE, plaintiff prays for the Court's order granting him judgment as against defendant UPS for his actual and liquidated damages, together with front pay, in an amount exceeding $75,000.00, for his reasonable attorney's fees and expenses and prejudgment interest, together with such other relief as the Court deems proper.

*Clerk of the District Court, Johnson County Kansas*
*04/15/22  09:41am HNS*

## COUNT II: VIOLATION OF THE KANSAS WAGE PAYMENT ACT, K.S.A. 44-313 et seq.

23. Plaintiff incorporates each of the foregoing allegations, and further state as follows.

24. Defendant UPS, in the course of its business and in the course of its employment of plaintiff, wrongfully failed to pay all wages and/or compensation rightfully due to plaintiff at the pay rate(s) promised to plaintiff.

25. The aforementioned actions were direct violations of the Kansas Wage Payment Act (KWPA) K.S.A. 44-314 and 44-315, which require employers to pay their employees "all wages due" to the employee(s) on at least a monthly basis, as defined by and between them.

26. The aforementioned actions were known by defendant UPS or were recklessly made without knowledge concerning them.

27. The aforementioned actions were intentionally made to the direct detriment of plaintiff, and the financial benefit of defendant UPS.

28. Plaintiff justifiably and reasonably relied upon the aforementioned agreements concerning compensation made between him and defendant UPS.

29. Plaintiff has sustained actual damages as a direct result of defendant's unlawful actions as aforesaid, and such damages are in an amount exceeding $75,000.00.

30. Plaintiff is further entitled to an award of the statutory penalty due him under the KWPA, at the rate of 1% per day until paid as provided by K.S.A. 44-315(b).

WHEREFOR, plaintiff prays for judgment against defendant UPS in an amount exceeding

4

$75,000.00 for his actual damages, for a statutory penalty of 1% per day until paid, for his costs and expenses of this action, together with such other relief as the Court deems proper.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury as to all issues so triable.

Respectfully Submitted,

LAW OFFICES OF ALBERT F. KUHL

/s/  Albert F. Kuhl
Albert F. Kuhl #12478
9393 W. 110th St., Building 51
Suite 500
Overland Park, KS  66210
Tel: 913.638.8022
Fax: 913.451.6750
Email:  Al@KCjoblawyer.com

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

JERRY GRAHAM

                      Plaintiff                      Case No: 22CV01827

vs                                                  Division:   7

                                                             K.S.A. Chapter 60

UNITED PARCEL SERVICE INC

                      Defendant


REQUEST AND SERVICE INSTRUCTION FORM


To:  Clerk of the District Court:


Please issue a SUMMONS and PETITION in this action for UNITED PARCEL SERVICE INC whose address for service is:

      2900 SW WANAMAKER DRIVE, SUITE 204
      TOPEKA, KS 66614


Certified mail service by the undersigned attorney, who understands that it is their responsibility to obtain service and to make the return to the clerk.  The postal receipt for service must be filed with the Clerk's office to prove service.

                                                             By: /s/ ALBERT F KUHL
                                                             ALBERT F KUHL, #12478
                                                             9393 W 110TH ST, BUILDING 51, STE 500
                                                            OVERLAND PARK, KS 66210
                                                            913-638-8022

22CV01827
Div7

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

**JERRY GRAHAM,**

      Plaintiff,                 Case No. 22CV01827
                                          Div. 7
                                          K.S.A. Chapter 60

vs.

**UNITED PARCEL SERVICE, INC.,**
an Ohio corporation,

      Defendant.

### AFFIDAVIT OF SERVICE

The undersigned, as attorney for plaintiff Jerry Graham, hereby certifies that service of process by FedEx, as provided by K.S.A. 60-303(c), was effected on the 25th day of May, 2022, upon defendant, United Parcel Service, Inc., an Ohio corporation, with the Proof of Delivery attached hereto as proof of such service.

                                            Respectfully Submitted,

                                            LAW OFFICES OF ALBERT F. KUHL

                                            <u>/s/ Albert F. Kuhl</u>
                                            Albert F. Kuhl    #12478
                                            9393 W. 110th St., Building 51
                                            Suite 500
                                            Overland Park, Kansas 66210
                                            Tel.: 913.638.8022
                                            Fax:  913.451.6750
                                            <u>Al@kcjoblawyer.com</u>
                                            ATTORNEY FOR PLAINTIFF

*Clerk of the District Court, Johnson County Kansas*
*06/01/22  04:50pm CC*

**FedEx**

May 31, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 273508095624

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.BERBRICK | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | Topeka, KS, |
| | | **Delivery date:** | May 25, 2022 12:34 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 273508095624 | **Ship Date:** | May 24, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**  
Topeka, KS, US,

**Shipper:**  
Overland Park, KS, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx

*Clerk of the District Court, Johnson County Kansas*  
*06/01/22  04:50pm CC*